JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| No. | 2:22-cv-04219-ODW (AFMx) | Date | November 9, 2022 |
|---|---|---|---|
| Title | *Landstar Ranger, Inc. v. Legacy Transportation Services* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**     Order DISMISSING Case Pursuant to Non-Opposition re: Subject Matter Jurisdiction

On October 28, 2022, Defendant filed a Motion to Dismiss, arguing that the Court should dismiss the case because it lacks federal question jurisdiction over the matter. (Mot. Dismiss, ECF No. 24.) On November 7, 2022, Plaintiff filed a Statement of Non-Opposition, which indicates in short and plain terms that "Plaintiff . . . submits this Statement of Non-Opposition to Defendant's Motion to Dismiss for Lack of Jurisdiction." (Statement Non-Opp'n, ECF No. 29.)

Plaintiff's Statement of Non-Opposition functions as a concession that the Court lacks subject matter jurisdiction. As both Plaintiff and Defendant agree that the Court lacks subject matter jurisdiction over this case, the case is appropriate for dismissal. Fed. R. Civ. P. 12(h)(3).

The case is **DISMISSED WITHOUT PREJUDICE** based on the parties' agreement regarding the lack of subject matter jurisdiction. Defendant's Motion to Dismiss is **DENIED AS MOOT**. (ECF No. 24.) All pending dates and deadlines are **VACATED**. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

:     00

Initials of Preparer     SE